**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter   11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Syagrus Systems, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-2164136 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4370 West Round Lake Road<br>Arden Hills, MN 55112 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Ramsey | **Location of principal assets, if different from principal place of business** |
| County | Same |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Syagrus Systems, LLC                                              Case number (*if known*) _____
        Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___3133___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

| Debtor | Syagrus Systems, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Syagrus Systems, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 19, 2025
                MM / DD / YYYY

**X** /s/  John Koch                          John Koch
Signature of authorized representative of debtor      Printed name

Title    Owner

**18. Signature of attorney**

**X** /s/ Joseph Dicker                     Date    June 19, 2025
Signature of attorney for debtor                  MM / DD / YYYY

Joseph Dicker
Printed name

Joseph W Dicker PA
Firm name

1406 West Lake Street Suite 209
Minneapolis, MN 55408
Number, Street, City, State & ZIP Code

Contact phone    (612) 827-5941       Email address    joe@joedickerlaw.com

158264 MN
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Syagrus Systems, LLC

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒    Other document that requires a declaration    Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 19, 2025                **X** /s/   John Koch
                                             Signature of individual signing on behalf of debtor

                                             John Koch
                                             Printed name

                                             Owner
                                             Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Syagrus Systems, LLC

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Advanced Research Corporation 4459 White Bear Parkway Saint Paul, MN 55110 | | | | | | $81,560.00 |
| Baylor Tech LLC 373 South Willow Street Manchester, NH 03103 | | | | | | $47,700.00 |
| Citrus Group 5014 16th Avenue, Suite 124 Brooklyn, NY 11204 | | | | | | $127,968.56 |
| Clearfund Solutions LLC 99 Wall Street, Suite 2613 New York, NY 10005 | | | | | | $141,300.01 |
| Ecreativeworks Inc. 2219 Edgewood Avenue South Minneapolis, MN 55428 | | | | | | $22,585.00 |
| Funding Futures PO Box 4009 Harlan, IA 51593 | | | | | | $145,000.00 |
| Funding Metrics - Lendini - Quick-Fix 3220 Tillman Drive, Suite 200 Bensalem, PA 19020 | | | | | | $47,925.00 |
| Intricon 1260 Red Fox Road Arden Hills, MN 55112 | | | | | | $174,350.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | Syagrus Systems, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Loan Builder 2211 North First Street San Jose, CA 95131 | | | | | | $120,000.00 |
| Motion Ai-FKA Axis PO box 411203 Boston, MA 02241 | | | | | | $19,098.00 |
| North Star Bank 4661 Highway 61 White Bear Lake, MN 55110 | | MN Bank & Trust AN Bank Misc. accounts receivable Misc. accounts receivable Misc. inventory and supplies Office furniture, fixtures and equipment | | $375,566.88 | $476,000.00 | $375,566.88 |
| OnDeck 4700 West Daybread Parkway, Suite 200 South Jordan, UT 84009 | | | | | | $104,000.00 |
| Rapid Financial Services LLC 4500 East West Highway, 6th Floor Bethesda, MD 20814 | | | | | | $121,891.48 |
| Samson Funding 17 State Street New York, NY 10004 | | | | | | $26,315.53 |
| Seamless Funding LLC 18071 Finch, Suite 200 Irvine, CA 92614 | | | | | | $265,000.00 |
| Small Business Administration PO Box 3918 Portland, OR 97208 | | MN Bank & Trust - Checking - Acct# 1590; AN Bank - Checking - Acct# 2059; 90 days or less: Misc. accounts receivable; 90 days or less: Misc. accounts | | $536,322.02 | $476,000.00 | $60,322.02 |
| Smart Business 20515 NE 22nd Avenue Miami, FL 33180 | | | | | | $85,000.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor  Syagrus Systems, LLC                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Static Advanced 17 State Street, Suite 4000 New York, NY 10004 | | | | | | $140,000.00 |
| Thoro 800 SE 4th Avenue, Suite 601 Hallandale, FL 33009 | | | | | | $209,000.00 |
| Vishay Precision Group, Inc. 3 Great Valley Parkway Suite 150 Malvern, PA 19355 | | | Disputed | | | $150,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Syagrus Systems, LLC

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $      476,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $      476,000.00

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      2,377,066.29

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$      2,125,469.26

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b      $      4,502,535.55

**Fill in this information to identify the case:**

Debtor name    Syagrus Systems, LLC

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | MN Bank & Trust | Checking | 1590 | $14,450.00 |
| 3.2. | AN Bank | Checking | 2059 | $550.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$15,000.00

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor   Syagrus Systems, LLC _____   Case number (If known) _____
Name

| 11a. 90 days old or less: | 74,522.00 | - | 0.00 | = .... | $74,522.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 114,678.00 | - | 0.00 | = .... | $114,678.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$189,200.00

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** Misc. inventory and supplies | | $250,000.00 | | $250,000.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

$250,000.00

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Syagrus Systems, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.    Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office furniture, fixtures and equipment | $0.00 | | $21,800.00 |
| 42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**

Add lines 39 through 42.    Copy the total to line 86.

| | $21,800.00 |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.    Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Equipment under lease. | $0.00 | | $0.00 |

51.    **Total of Part 8.**

Add lines 47 through 50.    Copy the total to line 87.

| | $0.00 |
|---|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Syagrus Systems, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| 61. | **Internet domain names and websites** SyagrusSystems.com | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** Names, addresses and phone numbers of customers. | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
Description (include name of obligor)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Syagrus Systems, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

MCA's (need to get that information)                                                                $0.00
Nature of claim
Amount requested                                          $0.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                    $0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Syagrus Systems, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Part 12:**     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $189,200.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $250,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.   **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.   **Total.** Add lines 80 through 90 for each column | $476,000.00 | + 91b. $0.00 |
| 92.   **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $476,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Syagrus Systems, LLC_____

United States Bankruptcy Court for the: ____DISTRICT OF MINNESOTA_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | North Star Bank

Creditor's Name

4661 Highway 61
White Bear Lake, MN 55110

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 |

**Describe debtor's property that is subject to a lien**
MN Bank & Trust ; AN Bank; Misc. accounts receivable; Misc. accounts receivable; Misc. inventory and supplies; Office furniture, fixtures and equipment

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| $375,566.88 | $476,000.00 |

---

**2.2** | Small Business Administration

Creditor's Name

PO Box 3918
Portland, OR 97208

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, |

**Describe debtor's property that is subject to a lien**
MN Bank & Trust ; AN Bank; Misc. accounts receivable; Misc. accounts receivable; Misc. inventory and supplies; Office furniture, fixtures and equipment; SyagrusSystems.com

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

| Amount of claim | Value of collateral |
|---|---|
| $536,322.02 | $476,000.00 |

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

| Debtor | Syagrus Systems, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.
Specified on line 2.1

☐ Unliquidated
☐ Disputed

| 2.3 | Star Bank | Describe debtor's property that is subject to a lien | $1,465,177.39 | $0.00 |

Creditor's Name

6 DTS 1 Pick & Place Machines; 2-Strasbaugh 6DS-SP CMP System; 1-NSX-95 Inspection System; 1-DTS2 Pick and Place Machine; DTS-3 Die Sorter

250 Prairie Center Drive
Eden Prairie, MN 55344

Creditor's mailing address

**Describe the lien**
Bank Loan

**Is the creditor an insider or related party?**
☒ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
5/8/2025

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
1455

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,377,066.29 |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Greenstein Sellers, PLLC
121 South 8th Street, Suite 1450
Minneapolis, MN 55402 | Line   2.1 | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name　Syagrus Systems, LLC

United States Bankruptcy Court for the:　DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims　　12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:　List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:　List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Advanced Research Corporation
4459 White Bear Parkway
Saint Paul, MN 55110

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$81,560.00**

**3.2** **Nonpriority creditor's name and mailing address**
Airgas
PO Box 734445
Chicago, IL 60673

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$811.04**

**3.3** **Nonpriority creditor's name and mailing address**
AZ TC Industrial - EYDE MN LLC
5201 Eden Avenue, Suite 50
Minneapolis, MN 55436

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$15,074.30**

**3.4** **Nonpriority creditor's name and mailing address**
Baylor Tech LLC
373 South Willow Street
Manchester, NH 03103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$47,700.00**

**3.5** **Nonpriority creditor's name and mailing address**
Brillect LLC
3600 American Boulevard West, Suite 225
Minneapolis, MN 55431

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$8,482.28**

| Debtor | Syagrus Systems, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,787.00
Carlson Consulting and Accounting, LTD
12243 Nicollet Avenue
Burnsville, MN 55337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,346.24
Cintas
PO Box 631025
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $127,968.56
Citrus Group
5014 16th Avenue, Suite 124
Brooklyn, NY 11204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $141,300.01
Clearfund Solutions LLC
99 Wall Street, Suite 2613
New York, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $418.99
Comcast
PO Box 60533
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $819.99
Coordinated Business Systems LTD
851 West128th Street
Burnsville819.99, MN 55337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,771.25
E. O. Johnson Business Technologies
PO Box 629
Wausau, WI 54402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,585.00
Ecreativeworks Inc.
2219 Edgewood Avenue South
Minneapolis, MN 55428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Syagrus Systems, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14**

**Nonpriority creditor's name and mailing address**
Fathom
1050 Walnut Ridge Drive
Hartland, WI 53029

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$8,212.45

---

**3.15**

**Nonpriority creditor's name and mailing address**
Felhaber Larson
220 South 6th Street, Suite 2200
Minneapolis, MN 55402

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,665.50

---

**3.16**

**Nonpriority creditor's name and mailing address**
Forklifts of MN
2201 West 94th Street
Bloomington, MN 55431

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,547.58

---

**3.17**

**Nonpriority creditor's name and mailing address**
Funding Futures
PO Box 4009
Harlan, IA 51593

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$145,000.00

---

**3.18**

**Nonpriority creditor's name and mailing address**
Funding Metrics - Lendini - Quick-Fix
3220 Tillman Drive, Suite 200
Bensalem, PA 19020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$47,925.00

---

**3.19**

**Nonpriority creditor's name and mailing address**
Intricon
1260 Red Fox Road
Arden Hills, MN 55112

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$174,350.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
Lintec of America Inc.
PO Box 647010
Dallas, TX 75264

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,670.00

---

**3.21**

**Nonpriority creditor's name and mailing address**
Loan Builder
2211 North First Street
San Jose, CA 95131

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$120,000.00

---

| Debtor | Syagrus Systems, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $431.14
McMaster-Carr
PO Box 7690
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,594.50
Mitsui Chemicals America Inc.
PO Box 645165
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,098.00
Motion Ai-FKA Axis
PO box 411203
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,588.75
Oakdale Precision Inc.
7022 6th Street North
Oakdale, MN 55128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $104,000.00
OnDeck
4700 West Daybread Parkway, Suite 200

South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $423.95
Onenet Global
7250 Metro Boulevard, Suite 200
Edina, MN 55439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,820.00
Q Shop LLC
1620 Central Avenue NE, #142
Minneapolis, MN 55413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.95
R.S. Americas Inc.
7151 Jack Newell Boulevard South
Fort Worth, TX 76118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Syagrus Systems, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>Rapid Financial Services LLC<br>4500 East West Highway, 6th Floor<br>Bethesda, MD 20814 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $121,891.48 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address**<br>Samson Funding<br>17 State Street<br>New York, NY 10004 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,315.53 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>Seamless Funding LLC<br>18071 Finch, Suite 200<br>Irvine, CA 92614 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $265,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2/11/2025 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>Smart Business<br>20515 NE 22nd Avenue<br>Miami, FL 33180 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $85,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 2/26/2025 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>Staffmark Investment LLC<br>PO Box 734575<br>Chicago, IL 60673 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,539.95 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>Static Advanced<br>17 State Street, Suite 4000<br>New York, NY 10004 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $140,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>Tenasys Corporation<br>1400 NE Compton Drive, Suite 301<br>Beaverton, OR 97006 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>Thoro<br>800 SE 4th Avenue, Suite 601<br>Hallandale, FL 33009 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $209,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Syagrus Systems, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $690.00

Total Export Inc.
725 39th Avenue NE
Columbia Heights, MN 55421

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $672.83

Van Meter
PO Box 801077
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150,000.00

Vishay Precision Group, Inc.
3 Great Valley Parkway
Suite 150
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $953.00

WM Corporate Services Inc.
PO Box 4648
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,168.99

Xcel Energy
PO Box 9477
Minneapolis, MN 55484

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Boris Yankovich, Esq.<br>1 World Trade Center, Suite 8500<br>New York, NY 10007 | Line 3.32<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Kollis Law PLLC<br>222 West 37th Street, 9th Floor<br>New York, NY 10018 | Line 3.8<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Lepore Law Group<br>370 Lexington Avenue<br>New York, NY 10017 | Line 3.9<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | Syagrus Systems, LLC | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | Lexington Recovery<br>222 West 37th Street, 9th Floor<br>New York, NY 10018 | Line _3.8_<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Regain Group, LLC<br>One Bridge Plaza North, Suite 868<br>Fort Lee, NJ 07024 | Line _3.32_<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Small Business Financial Solutions LLC<br>4500 East West Highway, 6th Floor<br>Bethesda, MD 20814 | Line _3.30_<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Triton Recovery LLC<br>3111North University Drive, Suite 702<br>Coral Springs, FL 33065 | Line _3.33_<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,125,469.26 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,125,469.26 |

**Fill in this information to identify the case:**

Debtor name    Syagrus Systems, LLC

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 4 Chip Machines (CMP and NSX) | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Alpine Financial<br>250 Prairie Center Drive, Suite 209<br>Eden Prairie, MN 55344 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | DTS Pick and Place Machines | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Alpine Financial<br>250 Prairie Center Drive, Suite 209<br>Eden Prairie, MN 55344 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Disco Back Grinder | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Alpine Financial<br>250 Prairie Center Drive, Suite 209<br>Eden Prairie, MN 55344 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Disco Dicing Saw | |
| | State the term remaining | | |
| | List the contract number of any government contract | | North Star Bank<br>1820 Lexington Ave North<br>Roseville, MN 55113 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | Syagrus Systems, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Disco Duel Spindle Dicing Saw | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | North Star Bank<br>1820 Lexington Ave North<br>Roseville, MN 55113 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | CNC Machine | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Paramount<br>4340 East Indian School Road, Suite 21-467<br>Phoenix, AZ 85018 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Syagrus Systems, LLC

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
|  | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Air Tech Systems of St.Paul | 4918 West 35th Street St. Louis Park, MN 55416 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.2 | Air Tech Systems of St.Paul | 4918 West 35th Street St. Louis Park, MN 55416 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.3 | Bennett & Koch Construction LLC | 4370 Round Lake Road W Arden Hills, MN 55112 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.4 | Bennett & Koch Construction LLC | 4370 Round Lake Road W Arden Hills, MN 55112 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.5 | Bennett & Koch Construction LLC | 4370 Round Lake Road W Arden Hills, MN 55112 | Clearfund Solutions LLC | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |
| 2.6 | Cook it Up, LLC | 2940 Harriet Ave Minneapolis, MN 55408 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Syagrus Systems, LLC | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Cook it Up, LLC | 2940 Harriet Ave<br>Minneapolis, MN 55408 | Smart Business | ☐ D _____<br>☒ E/F ___3.33___<br>☐ G _____ |
| 2.8 | Cook it Up, LLC | 2940 Harriet Ave<br>Minneapolis, MN 55408 | Clearfund Solutions LLC | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.9 | Doc Waters Inc. | 22529 Wildcat Road<br>Germantown, MD 20876 | Seamless Funding LLC | ☐ D _____<br>☒ E/F ___3.32___<br>☐ G _____ |
| 2.10 | Doc Waters Inc. | 22529 Wildcat Road<br>Germantown, MD 20876 | Smart Business | ☐ D _____<br>☒ E/F ___3.33___<br>☐ G _____ |
| 2.11 | Enclosuretech LLC | 4372 West Round Lake Road<br>Arden Hills, MN 55112 | Seamless Funding LLC | ☐ D _____<br>☒ E/F ___3.32___<br>☐ G _____ |
| 2.12 | Enclosuretech LLC | 4372 West Round Lake Road<br>Arden Hills, MN 55112 | Smart Business | ☐ D _____<br>☒ E/F ___3.33___<br>☐ G _____ |
| 2.13 | Gio's Corporation | 4372 West Round Lake Boulevard<br>Arden Hills, MN 55112 | Seamless Funding LLC | ☐ D _____<br>☒ E/F ___3.32___<br>☐ G _____ |
| 2.14 | Gio's Corporation | 4372 West Round Lake Boulevard<br>Arden Hills, MN 55112 | Smart Business | ☐ D _____<br>☒ E/F ___3.33___<br>☐ G _____ |
| 2.15 | Gio's Corporation | 4372 West Round Lake Boulevard<br>Arden Hills, MN 55112 | Clearfund Solutions LLC | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.16 | J Group LLC | 1055 Thomas Jefferson Street NW<br>Suite L9<br>Washington, DC 20007 | Seamless Funding LLC | ☐ D _____<br>☒ E/F ___3.32___<br>☐ G _____ |

| Debtor | Syagrus Systems, LLC | Case number (if known) | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.17 | J Group LLC | 1055 Thomas Jefferson Street NW Suite L9 Washington, DC 20007 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.18 | J Group LLC | 1055 Thomas Jefferson Street NW Suite L9 Washington, DC 20007 | Clearfund Solutions LLC | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |
| 2.19 | John Koch | | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.20 | John Koch | | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.21 | John Koch | | Citrus Group | ☐ D _____ ☒ E/F ___3.8___ ☐ G _____ |
| 2.22 | John Koch | | Funding Futures | ☐ D _____ ☒ E/F ___3.17___ ☐ G _____ |
| 2.23 | John Koch | | North Star Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.24 | John Koch | | Star Bank | ☒ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.25 | John Koch | | Clearfund Solutions LLC | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |
| 2.26 | KimJo Properties LLC | 786 Country Lakes Drive Lino Lakes, MN 55014 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |

| Debtor | Syagrus Systems, LLC | Case number (if known) | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.27 | KimJo Properties LLC | 786 Country Lakes Drive Lino Lakes, MN 55014 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.28 | KimJo Properties LLC | 786 Country Lakes Drive Lino Lakes, MN 55014 | Clearfund Solutions LLC | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |
| 2.29 | Koch Companies | 4200 Dahlberg Drive Golden Valley, MN 55422 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.30 | Koch Companies | 4200 Dahlberg Drive Golden Valley, MN 55422 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.31 | Koch Companies | 4200 Dahlberg Drive Golden Valley, MN 55422 | Clearfund Solutions LLC | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |
| 2.32 | MN Integrated Inc. | 11095 Viking Drive Suite 205 Eden Prairie, MN 55344 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.33 | MN Integrated Inc. | 11095 Viking Drive Suite 205 Eden Prairie, MN 55344 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.34 | Northern Air Tech Systems | 888 County Road D West, Suite 212 New Brighton, MN 55112 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.35 | Northern Air Tech Systems | 888 County Road D West, Suite 212 New Brighton, MN 55112 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |

| Debtor | Syagrus Systems, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.36 | Northern Air Tech Systems Inc. | 888 County Road D West Suite 212 New Brighton, MN 55112 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.37 | Northern Air Tech Systems Inc. | 888 County Road D West Suite 212 New Brighton, MN 55112 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.38 | Silab LLC | 4370 Round Lake Road W Arden Hills, MN 55112 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.39 | Silab LLC | 4370 Round Lake Road W Arden Hills, MN 55112 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.40 | Silab LLC | 4370 Round Lake Road W Arden Hills, MN 55112 | Clearfund Solutions LLC | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |
| 2.41 | St. Croix Boat Group LLC | 12805 Newell Avenue Lindstrom, MN 55045 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.42 | St. Croix Boat Group LLC | 12805 Newell Avenue Lindstrom, MN 55045 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.43 | Stillwater Holdings LLC | 317 Main Street South Stillwater, MN 55082 | Seamless Funding LLC | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |
| 2.44 | Stillwater Holdings LLC | 317 Main Street South Stillwater, MN 55082 | Smart Business | ☐ D _____ ☒ E/F ___3.33___ ☐ G _____ |
| 2.45 | Stillwater Holdings LLC | 317 Main Street South Stillwater, MN 55082 | Clearfund Solutions LLC | ☐ D _____ ☒ E/F ___3.9___ ☐ G _____ |

| Debtor | Syagrus Systems, LLC | Case number *(if known)* |
|--------|----------------------|--------------------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.46 | The Fixxers LLC | 4370 Round Lake Road West<br>Saint Paul, MN 55112 | Seamless Funding LLC | ☐ D _____<br>☒ E/F ___3.32___<br>☐ G _____ |
| 2.47 | The Fixxers LLC | 4370 Round Lake Road West<br>Saint Paul, MN 55112 | Smart Business | ☐ D _____<br>☒ E/F ___3.33___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      Syagrus Systems, LLC

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other | $3,653,390.00 |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Seamless | Monthly<br>$7,334.84 per month | $22,001.52 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | OnDeck | Monthly<br>$42,832 | $128,496.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    Syagrus Systems, LLC                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3.  Static Advanced | Monthly<br>$6,762.12 | $20,268.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |
| 3.4.  Rapid Finance #1 | Monthly<br>$21,620.24 | $64,860.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |
| 3.5.  Rapid Finance #2 | Monthly<br>$10,909.08 | $32,727.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |
| 3.6.  Loan Builder | Monthly<br>$9,163.92 | $27,491.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |
| 3.7.  Citrus Group | Monthly<br>$30,836.60 | $92,509.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |
| 3.8.  Thoro Corp | Monthly<br>$28,636.00 | $85,908.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |
| 3.9.  Funding Futures | Monthly<br>$24,442.12 | $73,326.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |
| 3.10.  Smart Business | Monthly<br>$29,180.00 | $87,540.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |
| 3.11.  Funding Metrics | Monthly<br>$21,300.00 | $63,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |

Debtor    Syagrus Systems, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.12. Samson | Monthly $17,543.88 | $52,631.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. Bitty Advance | Monthly $8,368.00 | $25,104.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. John Koch<br><br>Owner | Total 2024 | $112,593.68 | Payroll |
| 4.2. Jeff Miller<br><br>Owner | Total 2024 | $104,348.18 | Payroll |
| 4.3. Tom Koch<br><br>Owner | Total 2024 | $69,030.35 | Payroll |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Syagrus Systems, LLC _____    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Seamless Funding LLC v. Syagrus Systems LLC, et al.<br>E2025005958 | Civil | Supreme Court of State of New York Monroe County New York | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Clearfund Solutions LLC v. Koch Companyies, Inc., et al. | Civil | Supreme Court of hte State of New York, County of Kings | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | The Citrus Group, LLC v. Syagrus Systems and John Koch<br>Index #E2025010291 | Civil | Monroe County NY Supreme Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | North Star Bank v. Syagrus Systems, LLC, et al. | Civil | Ramsey County District Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Syagrus Systems, LLC                                      Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | March 2025 - $8,500.00 pre-bankruptcy planning and preparation June 2025 - $25,000.00 bankruptcy servicesJune 2025 - $1,738 court filing fee | |
| Joseph W. Dicker, PA | | | $35,238.00 |

| **Email or website address** |
|---|

| **Who made the payment, if not debtor?** |
|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.
☐  Yes. Fill in the information below.

Debtor    Syagrus Systems, LLC      Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 6

Debtor   Syagrus Systems, LLC _____   Case number *(if known)* _____

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Carlson Consulting & Accounting 7300 147th Street West, Suite 200 Apple Valley, MN 55124 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Joel Carlson Carlson Consulting & Accounting 7300 147th Street West, Suite 200 Apple Valley, MN 55124 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    Syagrus Systems, LLC                                              Case number *(if known)*

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Quick Books | 3-21-2025 | $250,000 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Debtor |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Koch | | Owner | 77 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Miller | | Owner | 17 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Koch | | Owner | 6 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    Syagrus Systems, LLC _____    Case number *(if known)* _____

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____June 19, 2025_____

/s/   John Koch _____         John Koch _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   Owner _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
### District of Minnesota

In re   Syagrus Systems, LLC

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Jeff Miller | | | 17% Ownership Interest |
| John Koch | | | 77% ownership interest |
| Tom Koch | | | 6% Ownership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 19, 2025

Signature   /s/  John Koch

John Koch

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Advanced Research Corporation
4459 White Bear Parkway
Saint Paul, MN 55110


Air Tech Systems of St.Paul
4918 West 35th Street
St. Louis Park, MN 55416


Airgas
PO Box 734445
Chicago, IL 60673


Alpine Financial
250 Prairie Center Drive, Suite 209
Eden Prairie, MN 55344


AZ TC Industrial - EYDE MN LLC
5201 Eden Avenue, Suite 50
Minneapolis, MN 55436


Baylor Tech LLC
373 South Willow Street
Manchester, NH 03103


Bennett & Koch Construction LLC
4370 Round Lake Road W
Arden Hills, MN 55112


Boris Yankovich, Esq.
1 World Trade Center, Suite 8500
New York, NY 10007


Brillect LLC
3600 American Boulevard West, Suite 225
Minneapolis, MN 55431


Carlson Consulting and Accounting, LTD
12243 Nicollet Avenue
Burnsville, MN 55337


Cintas
PO Box 631025
Cincinnati, OH 45263


Citrus Group
5014 16th Avenue, Suite 124
Brooklyn, NY 11204


Clearfund Solutions LLC
99 Wall Street, Suite 2613
New York, NY 10005


Comcast
PO Box 60533
City of Industry, CA 91716

Cook it Up, LLC
2940 Harriet Ave
Minneapolis, MN 55408


Coordinated Business Systems LTD
851 West128th Street
Burnsville819.99, MN 55337


Doc Waters Inc.
22529 Wildcat Road
Germantown, MD 20876


E. O. Johnson Business Technologies
PO Box 629
Wausau, WI 54402


Ecreativeworks Inc.
2219 Edgewood Avenue South
Minneapolis, MN 55428


Enclosuretech LLC
4372 West Round Lake Road
Arden Hills, MN 55112


Fathom
1050 Walnut Ridge Drive
Hartland, WI 53029


Felhaber Larson
220 South 6th Street, Suite 2200
Minneapolis, MN 55402


Forklifts of MN
2201 West 94th Street
Bloomington, MN 55431


Funding Futures
PO Box 4009
Harlan, IA 51593


Funding Metrics - Lendini - Quick-Fix
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


Gio's Corporation
4372 West Round Lake Boulevard
Arden Hills, MN 55112


Greenstein Sellers, PLLC
121 South 8th Street, Suite 1450
Minneapolis, MN 55402


Intricon
1260 Red Fox Road
Arden Hills, MN 55112

J Group LLC
1055 Thomas Jefferson Street NW
Suite L9
Washington, DC 20007


John Koch


KimJo Properties LLC
786 Country Lakes Drive
Lino Lakes, MN 55014


Koch Companies
4200 Dahlberg Drive
Golden Valley, MN 55422


Kollis Law PLLC
222 West 37th Street, 9th Floor
New York, NY 10018


Lepore Law Group
370 Lexington Avenue
New York, NY 10017


Lexington Recovery
222 West 37th Street, 9th Floor
New York, NY 10018


Lintec of America Inc.
PO Box 647010
Dallas, TX 75264


Loan Builder
2211 North First Street
San Jose, CA 95131


McMaster-Carr
PO Box 7690
Chicago, IL 60680


Mitsui Chemicals America Inc.
PO Box 645165
Pittsburgh, PA 15264


MN Integrated Inc.
11095 Viking Drive
Suite 205
Eden Prairie, MN 55344


Motion Ai-FKA Axis
PO box 411203
Boston, MA 02241


North Star Bank
1820 Lexington Ave North
Roseville, MN 55113

North Star Bank
4661 Highway 61
White Bear Lake, MN 55110


Northern Air Tech Systems
888 County Road D West,
Suite 212
New Brighton, MN 55112


Northern Air Tech Systems Inc.
888 County Road D West
Suite 212
New Brighton, MN 55112


Oakdale Precision Inc.
7022 6th Street North
Oakdale, MN 55128


OnDeck
4700 West Daybread Parkway, Suite 200
South Jordan, UT 84009


Onenet Global
7250 Metro Boulevard, Suite 200
Edina, MN 55439


Paramount
4340 East Indian School Road, Suite 21-4
Phoenix, AZ 85018


Q Shop LLC
1620 Central Avenue NE, #142
Minneapolis, MN 55413


R.S. Americas Inc.
7151 Jack Newell Boulevard South
Fort Worth, TX 76118


Rapid Financial Services LLC
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Regain Group, LLC
One Bridge Plaza North, Suite 868
Fort Lee, NJ 07024


Samson Funding
17 State Street
New York, NY 10004


Seamless Funding LLC
18071 Finch, Suite 200
Irvine, CA 92614

Silab LLC
4370 Round Lake Road W
Arden Hills, MN 55112


Small Business Administration
PO Box 3918
Portland, OR 97208


Small Business Financial Solutions LLC
4500 East West Highway, 6th Floor
Bethesda, MD 20814


Smart Business
20515 NE 22nd Avenue
Miami, FL 33180


St. Croix Boat Group LLC
12805 Newell Avenue
Lindstrom, MN 55045


Staffmark Investment LLC
PO Box 734575
Chicago, IL 60673


Star Bank
250 Prairie Center Drive
Eden Prairie, MN 55344


Static Advanced
17 State Street, Suite 4000
New York, NY 10004


Stillwater Holdings LLC
317 Main Street South
Stillwater, MN 55082


Tenasys Corporation
1400 NE Compton Drive, Suite 301
Beaverton, OR 97006


The Fixxers LLC
4370 Round Lake Road West
Saint Paul, MN 55112


Thoro
800 SE 4th Avenue, Suite 601
Hallandale, FL 33009


Total Export Inc.
725 39th Avenue NE
Columbia Heights, MN 55421


Triton Recovery LLC
311North University Drive, Suite 702
Coral Springs, FL 33065

Van Meter
PO Box 801077
Kansas City, MO 64180


Vishay Precision Group, Inc.
3 Great Valley Parkway
Suite 150
Malvern, PA 19355


WM Corporate Services Inc.
PO Box 4648
Carol Stream, IL 60197


Xcel Energy
PO Box 9477
Minneapolis, MN 55484